```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501-I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CR No. 01-115 KJM
                                )
12          Plaintiff,          )
                                )   **AMENDED MOTION TO DISMISS**
13      v.                      )   **INDICTMENT AND ORDER**
                                )
14  ARTUR SARGSYAN,             )
                                )
15          Defendant.          )
    _____)
16
17                         **MOTION**
18      Pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, plaintiff United States of America, by and through its
20  undersigned attorney, hereby moves this Honorable Court for an Order
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

                              1
```

dismissing the Indictment against Defendant.

DATED: November 1, 2012                BENJAMIN B. WAGNER
                                       United States Attorney


                                       By /s/ Tice-Raskin
                                          S. ROBERT TICE-RASKIN
                                          Assistant U.S. Attorney


                        **ORDER**

IT IS SO ORDERED.

DATED: November 1, 2012.

                                       _____
                                       UNITED STATES DISTRICT JUDGE